Case No. 2:24-cv-1067-RFB

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

In Re: )
) Case No. 2:24-cv-1067-RFB
John Doe, Juror Number 7 )
)
) <u>ORDER TEMPORARILY</u>
) <u>UNSEALING NOTES</u>
)

Upon the request of counsel of record and good cause appearing:

IT IS HEREBY ORDERED the following transcript which contains a sealed portion shall be unsealed only to the Court Reporter in order to permit the Court Reporter to prepare a transcript of the following hearing and sealed portions: June 7, 2024.

IT IS FURTHER ORDERED that the Court Reporter shall transcribe the sealed portion of the hearing identified herein and provide a copy of the sealed portion to counsel of record.

IT IS FURTHER ORDERED that the transcript portion identified herein shall remain under seal on the public record until further order of this Court or the Ninth Circuit Cour of Appeals.

**DATED** this __12__ day of __June__ 2024.

_____
RICHARD F. BOULWARE, IIS
United States District Judge